UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PERRYMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFF LYNCH,<br><br>　　　　Defendant. | No. 2:22-cv-1636 WBS AC P<br><br><br>ORDER |

　　Plaintiff filed a motion for a sixty-day extension of time to file objections to the September 26, 2022 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

　　1. Plaintiff's motion for an extension of time (ECF No. 6) is GRANTED; and

　　2. Plaintiff is granted sixty days from the service of this order in which to file objections.

DATED: October 13, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE