UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PERRYMAN, | No. 2:22-cv-1636 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| JEFF LYNCH, | |
| Defendant. | |

Plaintiff has filed a second motion for a sixty-day extension of time to file objections to the September 26, 2022 findings and recommendations. The deadline for filing objections is currently December 15, 2022. ECF No. 7. Good cause appearing, the motion will be granted. However, plaintiff is cautioned that no further extensions of time will be granted absent a showing of extraordinary cause.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 8) is GRANTED; and

2. Plaintiff shall have an additional sixty days, up to February 13, 2022, to file objections. No further extensions of time will be granted absent a showing of extraordinary cause.

DATED: December 9, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE